**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 94-7349**

---

ANTHONY COHEN,

                                    Plaintiff - Appellant,

        versus

SEWALL B. SMITH, Warden; WILLIAM SMITH;
UNKNOWN AGENT #1; CASE MANAGEMENT SUPERVISOR;
GEORGE C. SHANINAW, CCMS II; C. VINCENT, CCMS
I; MARION TUTHILL, Vest #25; R. NOTTO, C.O. I,
Vest #48,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge;
Clarence E. Goetz, Chief Magistrate Judge. (CA-92-1049-WN, CA-93-
3318-WN)

---

Submitted: November 30, 1995        Decided: January 29, 1996

---

Before HALL, HAMILTON, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Cohen, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Timothy James Paulus, Assistant Attorney General, Glenn
William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying Appellant's motion for a new trial.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Cohen v. Smith, Nos. CA-92-1049-WN; CA-93-3318-WN (D. Md. Sept. 30, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to disposition by a magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993).

3